# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE OLIVEIRA,<br><br>        Plaintiff,<br><br>    v.<br><br>HAIR CLUB FOR MEN, LLC,<br><br>        Defendant. | Case No. 19-cv-04179-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 36 |

The Parties report that they are in the process of preparing the draft settlement agreement and release of claims. ECF 36. All previously-scheduled deadlines and appearances are vacated.

By **January 19, 2021**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **January 26, 2021 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **January 19, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: November 16, 2020

SUSAN VAN KEULEN
United States Magistrate Judge